**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEVI SPUTZ, individually and on behalf of all
others similarly situated,

                      Plaintiff,

    -against-                                      21 **CIVIL** 4663 (CS)

                                                      **JUDGMENT**

ALLTRAN FINANCIAL, LP,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 5, 2021, Defendant's motion to dismiss is GRANTED. The bench ruling scheduled for December 9, 2021 is canceled as moot; accordingly, the case is closed.

**Dated:**  New York, New York

       December 6, 2021

                                                   **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                        **BY:**      *K. Mango*

                                                       **Deputy Clerk**